IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY
JUL 15 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,

          Plaintiffs,

v.

BOBBY JO ROSSON,

          Defendant.

Case No. 1-05-1053-T-AN

Judge Todd

Magistrate Judge – Anderson

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment By The Court, and good cause appearing, it is hereby Ordered and Adjudged that:

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/19/05

sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Sixty-Five Dollars ($365.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Daughter," on album "Vs.," by artist "Pearl Jam" (SR# 207-219);
- "Something To Believe In," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);
- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
- "Elevators (Me & You)," on album "Atliens," by artist "Outkast" (SR# 233-296);
- "Da Art Of Storytellin'," on album "Aquemini," by artist "Outkast" (SR# 264-092);
- "Ride Wit Me," on album "Country Grammar," by artist "Nelly" (SR# 281-782);
- "Humble Mumble," on album "Stankonia," by artist "Outkast" (SR# 306-741);
- "I'd Rather Be in Love," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

2

upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: 14 July 2005

By: _____
Hon. James D. Todd
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01053 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Jay S. Bowen
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT